IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

PATRICK A. WHITE SR.,
TDCJ-CID No. 827179,

    Plaintiff,

v.

THE PEOPLE OF THE USA, *et al.*,

    Defendants.

2:25-CV-087-Z-BR

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case as three-strikes barred. ECF No. 4. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. ECF No. 4. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

May 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE